## THERESA C. ALBINO *v.* ANTHONY J. ALBINO

The plaintiff's motion to dismiss the appeal from the Superior Court in the judicial district of Waterbury is granted unless the defendant on or before November 1, 1977, files proper security and a request for a finding and draft finding.

*Richard J. Scappini,* for the appellee (plaintiff).

*Anthony J. Albino,* pro se, the appellant (defendant).

Argued October 4—decided October 4, 1977

## STATE OF CONNECTICUT *v.* ROBERT P. MARION

The defendant's motion to set aside the judgment of the trial court and to direct the entry of judgment for the defendant in the appeal from the Superior Court in Windham County is granted unless the state on or before December 1, 1977, files its brief.

*James J. Murphy, Jr.,* special public defender, for the appellant (defendant).

*Harry S. Gaucher, Jr.,* state's attorney, for the appellee (state).